[No. 8946–3–I.  Division One.  August 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD P. EMERY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84549, Jack P. Scholfield, J., entered May 6, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James and Ringold, JJ.


[No. 10329–6–I.  Division One.  August 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MONROE T. DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–00217–1, Francis E. Holman, J., entered May 15, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.


[No. 10092–1–I.  Division One.  August 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. NORTHA LEE HASLERIG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04445–8, Liem E. Tuai, J., entered February 26, 1981. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.